**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6479**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARRIN MARCUS DAVIS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge. (4:08-cr-00869-TLW-1)

Submitted: August 16, 2019                                      Decided: August 28, 2019

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darrin Marcus Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrin Marcus Davis, a federal inmate, appeals the district court's order denying relief on his motions challenging the adequacy of the mental health treatment afforded to him in prison. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis*, No. 4:08-cr-00869-TLW-1 (D.S.C. Apr. 4, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*